BRYAN SCHRODER
United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:20-mj-00018-SAO |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | DISTRBUTION OF |
| vs. | ) | METHAMPHETAMINE |
| | ) | Vio. of 21 U.S.C. § 841(a)(1), |
| ELIANA WEISS-SHERMAN, | ) | (b)(1)(C) |
| | ) | |
| Defendant. | ) | CRIMINAL FORFEITURE |
| | ) | ALLEGATION: |
| | ) | 21 U.S.C. § 853 |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about December 5, 2019, within the District of Alaska, the defendant,

ELIANA WEISS-SHERMAN, did knowingly and intentionally distribute a controlled

substance, to wit: a mixture or substance containing any amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction for the offenses in violation of 21 U.S.C. § 841, set forth in Count 1 of this Information, the defendant, ELIANA WEISS-SHERMAN, shall forfeit to the United States any property constituting or derived from, and any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses, including but not limited to:

- A 2016 Dodge Ram 1500 with VIN 1C6RR7NT9GS281410; and

- A Black Cargo Trailer SN: 56VBE1626JM639368.

All pursuant to 21 U.S.C. § 853.

DATED this 15th day of December 2020, at Fairbanks, Alaska.

BRYAN SCHRODER
United States Attorney


s/ *Ryan D. Tansey*
RYAN D. TANSEY
Assistant United States Attorney
United States of America

Page 2 of 2